# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FLIGHTSAFETY SERVICES CORPORATION,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

No. 20-95 C

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the U.S. Court of Federal Claims, Plaintiff, FlightSafety Services Corporation, makes the following disclosures.

1. FlightSafety Services Corporation is a privately-held Delaware corporation.

2. FlightSafety Services Corporation is a wholly-owned subsidiary of FlightSafety International.

3. No publicly traded corporation owns more than 10% of FlightSafety Services Corporation's stock. FlightSafety International is owned by Berkshire Hathaway Inc., a publicly-traded corporation.

Respectfully submitted this 28th day of January, 2020.

OF COUNSEL:

Phillip R. Seckman
K. Tyler Thomas
Dentons US LLP
1400 Wewatta Street, Suite 700
Denver, CO  80202
Telephone:  (303) 634-4000
Email:   phil.seckman@dentons.com
        tyler.thomas@dentons.com

*s/Mark J. Meagher*
Mark J. Meagher
Dentons US LLP
1400 Wewatta Street, Suite 700
Denver, CO  80202
Telephone:  (303) 634-4322
Facsimile:  (303) 634-4400
Email:  mark.meagher@dentons.com

ATTORNEYS FOR PLAINTIFF,
FLIGHTSAFETY SERVICES
CORPORATION

113894811\V-2